IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-02543-PAB-CBS

LINDA ARRAMBIDE, an individual,

    Plaintiff,

v.

NASH FINCH COMPANY, a Delaware Corporation, d/b/a AVANZA, and
JOSEPH SILVA, individually and in his official capacity as Produce Merchandiser
for Avanza,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER comes before the court upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint Pursuant to Fed.R.Civ.P. 15(a)(2) (*doc # 13*). Pursuant to the Order of Reference dated October 25, 2011 (*doc #3*) and the Memorandum dated February 14, 2011 (*doc # 14*), this matter was referred to the Magistrate Judge. The court having reviewed the matter, the entire case file, and the applicable law and being sufficiently advised in the premises:

    IT IS HEREBY ORDERED that the Plaintiff's Unopposed Motion for Leave to File an Amended Complaint Pursuant to Fed.R.Civ.P. 15(a)(2) (filed February 11, 2011) (*doc # 13*) is GRANTED and the tendered Second Amended Complaint and Jury Demand (*doc #13-1*) is accepted for filing as of the date of this Order. Defendant Nash Finch shall have fourteen days (14) days pursuant to Fed.R.Civ.P. (15)(a)(3) after service or waiver of service of the amended Complaint in which to file a responsive pleading. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    February 17, 2011