IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02543-PAB-CBS

LINDA ARRAMBIDE, an individual,

      Plaintiff,

v.

NASH FINCH COMPANY,
a Delaware Corporation, d/b/a AVANZA,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER is before the court on the parties' Stipulated Motion for Entry of Protective Order (*doc # 26*), filed April 29, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED.  The Stipulated Protective Order (*doc # 26-1*) is accepted by the court.

      The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    May 3, 2011